# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beetlestone, Wendy | U.S. District Court - Eastern District of Pennsylvania | 08/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

James A. Byrne U.S. Courthouse
601 Martket Street
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of Pennsylvania Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | University of Pennsylvania Law School (teaching stipend) | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | The Trustees of the University of Pennsylvania - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Wells Fargo (cash) | A | Interest | L | T | | | | | |
| 3.   PNC Bank (cash) | A | Interest | M | T | | | | | |
| 4.   Account #1 (H) | | | | | | | | | |
| 5.   DFA Intl Real Estate Sec PTF (DFITX) | A | Dividend | L | T | | | | | |
| 6.   DFA Real Estate PT (DFREX) | B | Dividend | L | T | Buy (add'l) | 12/14/20 | J | | |
| 7.   Account #2 (H) | | | | | | | | | |
| 8.   Vanguard Small-Cap Value Index (VISVX) | | None | N | T | | | | | |
| 9.   Vanguard Value Index Fund Inv (VIVAX) | | None | M | T | | | | | |
| 10.   Vanguard Total Intl Stock Index Inv (VGTSX) | | None | M | T | | | | | |
| 11.   Vanguard Real Estate Index Investor (VGSIX) | | None | L | T | | | | | |
| 12.   Vanguard Inter-Term Bond Index Inv (VBIIX) | | None | N | T | | | | | |
| 13.   Vanguard International Value Fund (VTRIX) | | None | M | T | | | | | |
| 14.   Vanguard Small - Cap Index Fund Inv (NAESX) | | None | M | T | | | | | |
| 15.   Vanguard Total Bond Market Index Inst (VBTIX) | | None | N | T | | | | | |
| 16.   Vanguard Emerging Markets Stock Index Inst (VEMIX) | | None | L | T | | | | | |
| 17.   Vanguard Total Stock Market Index Inst Plus (VSMPX) | | None | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Account #3 (H) | | | | | | | | | |
| 19. T-C Lifecycle Index 2025-Inst (M04350I-1) | A | Dividend | J | T | | | | | |
| 20. CREF Stock R3 | | None | K | T | Sold (part) | 11/05/20 | O | | |
| 21. CREF Global Equities R3 | | None | K | T | | | | | |
| 22. T-C Intl Eq Rtmt | B | Dividend | | | Sold | 11/05/20 | M | | |
| 23. TIAA Real Estate | A | Interest | K | T | Buy (add'l) | 11/05/20 | K | | |
| 24. TIAA Traditional | B | Interest | M | T | | | | | |
| 25. CREF Social Choice R3 | | None | O | T | Buy | 11/05/20 | O | | |
| 26. Account #4 (H) | | | | | | | | | |
| 27. TD Ameritrade Deposit Account IDA12 (MMDA12) (cash) | A | Interest | K | T | | | | | |
| 28. DFA Emerging Markets Core Equity I (DFCEX) | B | Dividend | L | T | | | | | |
| 29. DFA Real Estate PT (DFREX) | B | Dividend | L | T | | | | | |
| 30. DFA International Value I (DFIVX) | A | Dividend | K | T | | | | | |
| 31. DFA US Large Co Portfolio (DFUSX) | B | Dividend | K | T | | | | | |
| 32. Federated Hermes Govt Obligations Service (GOSXX) | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 33. Amazon Com Inc (AMZN) | | None | M | T | | | | | |
| 34. American Express Co (AXP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   AT&T (T) | A | Dividend | J | T | | | | | |
| 36.   Caterpillar Inc Del (CAT) | A | Dividend | K | T | | | | | |
| 37.   Coca Cola Co (KO) | A | Dividend | J | T | | | | | |
| 38.   Comcast Corp New Cl A SPL (CMCSA) | A | Dividend | J | T | | | | | |
| 39.   Corteva Inc (CTVA) | A | Dividend | | | Sold | 03/30/20 | J | | |
| 40.   Dow Inc (DOW) | A | Dividend | | | Sold | 03/30/20 | J | | |
| 41.   Dupont De Nemours (DD) | A | Dividend | | | Sold | 03/30/20 | J | | |
| 42.   EBAY Inc (EBAY) | A | Dividend | | | Sold | 03/30/20 | J | | |
| 43.   Emerson Elec Co (EMR) | A | Dividend | J | T | | | | | |
| 44.   Expedia Inc Del Com New (EXPE) | A | Dividend | J | T | | | | | |
| 45.   Exxon Mobil Corp (XOM) | B | Dividend | K | T | | | | | |
| 46.   Fox Corp Cl B (FOX) (Y) | | | | | | | | | |
| 47.   Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 48.   JP Morgan Chase & Co Com (JPM) | A | Dividend | J | T | | | | | |
| 49.   Kimberly Clark Corp (KMB) | A | Dividend | J | T | | | | | |
| 50.   Kraft Foods Group Inc (KHC) | A | Dividend | | | Sold | 03/30/20 | J | | |
| 51.   Liberty Media SiriusXM C (LSXMK) | | None | | | Sold | 03/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Microsoft Inc (MSFT) | A | Dividend | L | T | | | | | |
| 53.   Mondelez Intl Inc Cl A (MDLZ) | A | Dividend | J | T | | | | | |
| 54.   Occidental Pete Corp Del (OXY) | A | Dividend | J | T | | | | | |
| 55.   Paypal Holdings Inc (PYPL) | | None | K | T | | | | | |
| 56.   Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 57.   Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 58.   Raytheon Co Com New (RTN) | A | Dividend | K | T | | | | | |
| 59.   Rio Tinto PLC Spon ADR (RIO) | D | Dividend | M | T | | | | | |
| 60.   Royal Dutch Shell PLC Spon ADR A (RDSA) | A | Dividend | J | T | | | | | |
| 61.   Southern Copper Corp (SCCO) | A | Dividend | | | Sold | 03/30/20 | J | | |
| 62.   Taiwan Semiconductor MF LTD Spon ADR (TSM) | A | Dividend | K | T | | | | | |
| 63.   Texas Instrs Inc (TXN) | A | Dividend | K | T | | | | | |
| 64.   Total SA Sponsored ADR (TOT) | B | Dividend | K | T | | | | | |
| 65.   WalMart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 66.   Disney Walt Co Com Disney (DIS) | A | Dividend | K | T | | | | | |
| 67.   Account #5 (H) | | | | | | | | | |
| 68.   TD Ameritrade Deposit Account IDA12 (MMDA12) (cash) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Denton Tex For Issues Dtd Pri Go Ref and Impt Bds (248866P25) | B | Interest | L | T | | | | | |
| 70. | Grapevine-Colleyville Indpt Sc Ultd Tax Sch Bds (3886403H5) | C | Interest | M | T | | | | | |
| 71. | Grapevine-Colleyville Indpt SC Ultd Tax Sch Bldg Bds 5% (3886404C5) | B | Interest | L | T | | | | | |
| 72. | Hawaii St Go Bds Call Pre-Ref (419792KV7) | C | Interest | L | T | | | | | |
| 73. | Hawaii St Go Bds (419792ME3) | C | Interest | M | T | | | | | |
| 74. | JEA FLA Elec Sys Rev Rev Bds Call Pre-Ref (46613SGT1) | B | Interest | | | Sold | 04/01/20 | L | | |
| 75. | King Cnty Wash Sch Dist No 405 Ultd Tax Go And Ref Bds (495098YQ2) | C | Interest | L | T | | | | | |
| 76. | King Cnty Wash Sch Dist 411 Ultd Tax Go Ref Bds 5% (4952242D8) | B | Interest | L | T | | | | | |
| 77. | Montgomery Cnty PA Go Bds (6135794U2) | C | Interest | L | T | | | | | |
| 78. | New York NY Go Bds (64966MST7) | C | Interest | M | T | | | | | |
| 79. | Ohio State Go Ref Bds (677521EQ5) | C | Interest | L | T | | | | | |
| 80. | Putnam County Tenn Go Sch Ref Bds 5% (746673YJ5) | B | Interest | L | T | | | | | |
| 81. | Sheldon Te Indpt Sch Dist Ultd Tax Sch Bldg Ref B (8225165J5) | C | Interest | M | T | | | | | |
| 82. | State BK India Chicago ILL Cd 2.05% (856283L87) | B | Interest | M | T | | | | | |
| 83. | Texas St Go Bds (882724AX5) | D | Interest | | | Sold | 08/03/20 | M | | |
| 84. | Trinity River Auth Tex Regl Rev Bds (89658HUA6) | C | Interest | M | T | | | | | |
| 85. | University Tex Univ Revs Rev Bds (9151377Q0) | C | Interest | M | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Wisconsin St Go Ref BDS CLBL 5% (97705MBT1) | C | Interest | L | T | Buy | 04/02/20 | L | | |
| 87. Wisconsin St Clean Wtr Rev Bds (977092WA9) | B | Interest | | | Sold | 06/01/20 | K | | |
| 88. Wylie Tex Indpt Sch Dist Ultd Tax Ref Bds 4% (983068F77) | B | Interest | L | T | | | | | |
| 89. DFA Intl Social Core Equity Port (DSCLX) | D | Dividend | O | T | | | | | |
| 90. DFA LTIP Inst (DRXIX) | D | Dividend | M | T | Buy | 08/04/20 | M | | |
| 91. DFA US Social Core Equity 2 (DFUEX) | D | Dividend | O | T | | | | | |
| 92. DFA Intl Real Estate Sec PTF (DFITX) | | None | K | T | | | | | |
| 93. DFA Inflation Pro Sec Inst (DIPSX) | B | Dividend | M | T | Buy | 08/04/20 | M | | |
| 94. DFA Emerging Markets Social Core PTF (DFESX) | B | Dividend | M | T | | | | | |
| 95. DFA Tax Mgd US Targeted Val (DTMVX) | B | Dividend | | | Sold | 05/19/20 | N | | |
| 96. DFA Five-Year Global Fixed PTF (DFGBX) | | None | | | Sold | 08/04/20 | M | | |
| 97. DFA US Hi Relative Prof (DURPX) | C | Dividend | N | T | Buy | 05/19/20 | N | | |
| 98. Federated Hermes Govt Obligations Service (GOSXX) | A | Dividend | | | Buy | 04/09/20 | K | | |
| 99. | | | | | Sold | 08/04/20 | K | | |
| 100. American Water Works Co Inc New (AWK) | A | Dividend | L | T | | | | | |
| 101. Aqua America Inc (WTR) | | None | | | Sold | 02/03/20 | K | | |
| 102. BP PLC Spon ADR (BP) | C | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. California Water SVC Group (CWT) | B | Dividend | L | T | | | | | |
| 104. Essential Utilities Inc (WTRG) | A | Dividend | K | T | Buy | 02/03/20 | K | | |
| 105. Exxon Mobil Corp (XOM) | D | Dividend | M | T | | | | | |
| 106. Marathon Pete Corp (MPC) | D | Dividend | M | T | | | | | |
| 107. Middlesex Water Co (MSEX) | A | Dividend | K | T | | | | | |
| 108. Phillips 66 (PSX) | B | Dividend | K | T | | | | | |
| 109. Royal Dutch Shell PLC Spon ADR A (RDS.A) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beetlestone, Wendy** | 08/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parenthetical numbers in part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wendy Beetlestone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544